

Reinhart Boerner Van Deuren s.c.
80 South 8th Street, Suite 900
Minneapolis, MN  55402

Telephone:  612.225.4001
Facsimile:  414.298.8097
reinhartlaw.com

June 11, 2025

Amanda R. Cefalu
Direct Dial: 612-225-4033
ACefalu@reinhartlaw.com

**VIA ECF**

Court Administrator – Civil Division
United States District Court
300 South 4th Street, Suite 200
Minneapolis, MN 55415

    RE:    *Pat Nilsen and John Nesse, et al. vs. Top Down Construction LLC, et al.*
            United States District Court (D. Minn.) Court File No.: 24-cv-3650 ECT/LIB
            Our File No.: 101564.0018

Dear Court Administrator:

    Our office represents the Plaintiffs in the above-referenced matter, who obtained a Judgment in a Civil Case against Defendant Top Down Construction LLC a/k/a top down construction L.L.C. on May 6, 2025, in the amount of $18,098.72. The current balance of the judgment, which includes post-judgment interest, is now $18,168.70.

    We ask that you issue the Proposed Writ of Execution e-filed contemporaneously with this letter.

    Thank you for your assistance with this matter.

                                    Sincerely,

                                    Amanda R. Cefalu

51997286